171 A.3d 1262

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALEXAN-
DER RUIZ–NEGRON, A/K/A ALEXANDER RUIZ AND ALEX-
ANDER RUIZNEGRON, DEFENDANT–PETITIONER. STATE
OF NEW JERSEY, PLAINTIFF, v. RAMON D. RUIZ–PEREZ,
A/K/A RAMON PEREZ, PEREZ RAMON, RAMIN RUIZPEREZ,
RAMON RUIZ AND RAMON D. RUIZ, DEFENDANT. STATE OF
NEW JERSEY, PLAINTIFF, v. LUIS R. GARCIA, A/K/A RICO
GARCIA AND LOUIS LUISITO, DEFENDANT.

C–182 Sept.Term 2017
079161

October 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1993/2903/5473–
14 having been submitted to this Court, and the Court having
considered the same;

It is ORDERED that the petition for certification is denied.